# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-5318

_____

Filed: August 26, 2021

MICHAEL SOUTHARD

    Plaintiff - Appellee

v.

NEWCOMB OIL COMPANY, LLC, dba Newcomb Oil Company

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 08/04/2021 the mandate for this case hereby issues today.

COSTS: None

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 26, 2021

Mr. James J. Vilt Jr.
Western District of Kentucky at Paducah
501 Broadway
Suite 127
Paducah, KY 42001-6866

     Re: Case No. 20-5318, *Michael Southard v. Newcomb Oil Company, LLC*
       Originating Case No. 3:18-cv-00803

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

             Sincerely,

             s/Gretchen S. Abruzzo, Case Manager for
             Sharday Swain, Case Manager
             Direct Dial No. 513-564-7027

cc: Mr. Jeffrey A. Calabrese
  Mr. Steven T. Clark
  Ms. Carolyn Hunt Cottrell
  Ms. Ori Edelstein
  Mr. William M. Hogg
  Mr. John O. Sheller

Enclosure